No. 63105.—M. Pressner & Co. et al. *v*. United States, protests 58/14784, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiffs was sustained.

No. 63106.—J. J. Boll *v*. United States, protest 58/19975 (New York).

Opinion by WILSON, J. The protest was dismissed.

BEFORE THE SECOND DIVISION, MAY 27, 1959

No. 63107.—John L. Westland & Son, Inc. *v*. United States, protest 329469–K (Los Angeles).

Opinion by LAWRENCE, J. In accordance with oral stipulation of counsel that the material of which the handles of the knives in question were made consists of imitation horn, pyroxylin, casein, or other similar material, the claim of the plaintiff was sustained.

No. 63108.—W. R. Zanes & Co. of La., Inc. *v*. United States, protest 315312–K/15049 (New Orleans).

Opinion by LAWRENCE, J. An examination of the record failing to disclose adequate reasons for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE THIRD DIVISION, MAY 27, 1959

No. 63109.—F. C. Mackay *v*. United States, protest 194263–K (Pembina).

Opinion by Donlon, J.   In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

**No. 63110.**—F. C. Mackay v. United States, protests 215345–K, etc. (Pembina).

Opinion by Donlon, J.   In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, MAY 28, 1959

**No. 63111.**—J. B. Wood Shipping Co., Inc., and Inter Maritime Fwdg. Co., Inc. v. United States, protests 58/16287 and 58/20542 (New York).

Opinion by Oliver, C. J.   The protests were dismissed.

**No. 63112.**—C. P. Goerz American Optical Company and Grosse' Jewels, N.Y. v. United States, protests 58/16939 and 58/18531 (New York).

Opinion by Oliver, C. J.   The protests were dismissed.

BEFORE THE SECOND DIVISION, JUNE 1, 1959

**No. 63113.**—James G. Wiley and American Weapons Corp. v. United States, protest 58/2484 (Los Angeles).

Opinion by Rao, J.   In accordance with oral stipulation of counsel that said Webley cutaways are not pistols or revolvers in their imported condition, as part of the barrel has been cut away and other working parts exposed, and that they are machines in chief value of metal, the claim of the plaintiffs was sustained.

**No. 63114.**—H. P. Lambert Co., Inc., of La. v. United States, protests 307878–K/14795, 307883–K/14554, and 58/21050–14788 (New Orleans).